1  Kelly H. Dove
   Nevada Bar No. 10569
2  Holly E. Cheong
   Nevada Bar No. 11936
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway
4  Suite 1100
   Las Vegas, Nevada 89169
5  Telephone: 702.784.5200
   Facsimile: 702.784.5252
6  Email: kdove@swlaw.com
          hcheong@swlaw.com
7
   *Attorneys for Defendant Ford Motor Credit Company*
8  *LLC d/b/a FMC-Omaha Service Ctr*

9                    **DISTRICT COURT**

10                **CLARK COUNTY, NEVADA**

11

12  GARY HUYGHE,                                  Case No. 2:22-cv-01101-APG-BNW

13              Plaintiff,
                                                  **STIPULATION AND ORDER FOR**
14  vs.                                           **EXTENSION OF TIME TO RESPOND**
                                                  **TO COMPLAINT**
15  EQUIFAX INFORMATION SERVICES LLC;
    and FORD MOTOR CREDIT COMPANY                 **(First Request)**
16  LLC d/b/a FMC-OMAHA SERVICE CTR,

17              Defendants.

18

19       Plaintiff Gary Huyghe ("Huyghe") and Defendant Ford Motor Credit Company, LLC

20  d/b/a/ FMC-Omaha Service Ctr ("Ford Credit") (collectively the "Parties"), by and through their

21  undersigned counsel of record, stipulate and request an order from the Court to extend the filing

22  deadline for Ford Credit to respond to Huyghe's Complaint (ECF No. 1), filed on July 11, 2022 in

23  this Court and served upon Ford Credit on July 13, 2022.  This is the first stipulation for an

24  extension of time for Ford Credit to respond the Complaint.

25       Currently, Ford Credit's response to the Complaint is due no later than August 3, 2022.

26  Parties request an extension of time, up to and including, August 17, 2022, for Ford Credit to file

27  its response to the Complaint.  Ford Credit requires additional time to complete its research to

28  support its response and time for client review.

IT IS STIPULATED AND AGREED by and between Parties that Ford Credit shall have up to and including August 17, 2022, to file its response to the Complaint (ECF No. 1.)

DATED this 2nd day of August, 2022

By: */s/ Gerardo Avalos*
Michael Kind, Esq. (Bar No. 13903)
Kind Law
8860 South Maryland Pkwy, Suite 106
Las Vegas, NV 89123
Phone: (702) 337-2322
Fax: (702) 329-5881
mk@kindlaw.com

George Haines, Esq. (Bar No. 9411)
Gerardo Avalos, Esq. (Bar No. 15171)
Freedom Law Firm
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Gary Huyghe*

DATED this 2nd day of August, 2022

By: */s/ Holly E. Cheong*
Kelly H. Dove, Esq. (Bar No. 10569)
Holly E. Cheong, Esq. (Bar No. 11936)
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
hcheong@swlaw.com
*Attorneys for Ford Motor Credit Company, LLC d/b/a/ FMC-Omaha Service Ctr*

### ORDER
**IT IS SO ORDERED**

**DATED:** 2:39 pm, August 05, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On August 2, 2022, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** upon the following by the method indicated:

☐ **BY E-MAIL:** by transmitting via e-mail the document(s) listed above to the e-mail addresses set forth below and/or included on the Court's Service List for the above-referenced case.

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below:

*/s/ Maricris Williams*
An Employee of SNELL & WILMER L.L.P.

4864-4293-5085

- 3 -