GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY HUYGHE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; and FORD MOTOR CREDIT COMPANY LLC dba FMC-OMAHA SERVICE CTR,<br><br>　　　　Defendants. | Case No. 2:22-cv-01101-APG-BNW<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from August 3, 2022 through and including **September 2, 2022**. The request was made by Equifax so that it can have an opportunity

/ /

/ /

/ /

to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 2nd day of August, 2022.

| | |
|---|---|
| CLARK HILL PLLC | *No opposition* |
| By: /s/Gia N. Marina<br>Gia N. Marina<br>Nevada Bar No. 15276<br>3800 Howard Hughes Pkwy, Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: gmarina@clarkhill.com<br>*Attorney for Defendant Equifax Information Services LLC* | /s/Michael Kind<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>KIND LAW<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br>Phone: (702) 337-2322<br>Fax: (702) 329-5881<br>Email: mk@kindlaw.com<br><br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br>ghaines@freedomlegalteam.com<br>gavalos@freedomlegalteam.com<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: August 5, 2022

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 2nd day of August, 2022, via CM/ECF, upon all counsel of record:

By: /s/*Gia N. Marina*
GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400