Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Gary Huyghe*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Gary Huyghe,<br><br>          Plaintiff,<br><br>     v.<br><br>Equifax Information Services LLC; and Ford Motor Credit Company LLC dba FMC-Omaha Service CTR,<br><br>          Defendant. | Case No.: 2:22-cv-01101-APG-BNW<br><br>**Stipulation of dismissal of Ford Motor Credit Company LLC with prejudice** |

STIPULATION                    - 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Gary Huyghe and Ford Motor Credit Company LLC stipulate to dismiss Plaintiff's claims against Ford Motor Credit Company LLC with prejudice.

Each party will bear its own costs, disbursements, and attorney fees. Dated: August 31, 2022.

| | |
|---|---|
| **K**IND **L**AW | **S**NELL **& W**ILMER **L.L.P.** |
| /s/ Michael Kind | /s/ Holly Cheong |
| Michael Kind, Esq. | Holly E. Cheong, Esq. |
| 8860 South Maryland Parkway, Suite 106 | Kelly H. Dove, Esq. |
| Las Vegas, Nevada 89123 | 3883 Howard Hughes Parkway, Suite 1100 |
| **F**REEDOM **L**AW **F**IRM | Las Vegas, Nevada 89169 |
| | *Counsel for FMC-Omaha Service CTR* |
| /s/ George Haines | |
| George Haines, Esq. | |
| 8985 S. Eastern Ave., Suite 350 | |
| Las Vegas, Nevada 89123 | |
| *Counsel for Plaintiff Gary Huyghe* | |

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

DATED: September 2, 2022

STIPULATION                    - 2 -