Kelly H. Dove
Nevada Bar No. 10569
Holly E. Cheong
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
hcheong@swlaw.com

*Attorneys for Defendant Ford Motor Credit Company LLC d/b/a FMC-Omaha Service CTR*

# DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| GARY HUYGHE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; and FORD MOTOR CREDIT COMPANY LLC d/b/a FMC-OMAHA SERVICE CTR,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-01101-APG-BNW<br><br>**MOTION TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST** |

SNELL & WILMER L.L.P. hereby requests that the following attorneys be removed from the CM/ECF service list as they are no longer associated with this matter:

- Kelly H. Dove
- Holly E. Cheong

Dated September 30, 2022

SNELL & WILMER L.L.P.

By: */s/ Holly Cheong*
Kelly H. Dove (NV Bar No. 10569)
Holly E. Cheong (NV Bar No. 11936)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendant Ford Motor Credit Company LLC d/b/a FMC-Omaha Service CTR*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 3:45 pm, October 03, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

05858220.1

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On September 30, 2022, I caused to be served a true and correct copy of the foregoing **MOTION TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST** upon the following by the method indicated:

☐ **BY E-MAIL:** by transmitting via e-mail the document(s) listed above to the e-mail addresses set forth below and/or included on the Court's Service List for the above-referenced case.

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below:

*/s/ Maricris Williams*
An Employee of SNELL & WILMER L.L.P.

4876-8707-3078

- 2 -